UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                         Criminal No. 11-cr-10-01-JL

<u>Jose Manuel Jasso</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 15) filed by defendant is granted, no further continuances without a hearing.  Final Pretrial is rescheduled to August 24, 2011 at 11:30 AM; Trial is continued to the two-week period beginning September 7, 2011, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

/s/ Joe Laplante
_____
Joseph N. Laplante
United States District Judge

Date:  June 14, 2011

cc:  Jeffrey S. Levin, Esq.
     Alfred J. T. Rubega, Esq.
     U.S. Marshal
     U.S. Probation