UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                              Criminal No. 11-cr-10-01-JL

<u>Jose Manuel Jasso</u>

### O R D E R

The assented to motion to reschedule jury trial (document no. 17) filed by defendant is granted, reluctantly. The Court's reluctance is based only on its lack of understanding of why it takes so much time to effectuate a pretrial diversion. Final Pretrial is rescheduled to October 20, 2011 at 11:30 AM; Trial is continued to the two-week period beginning November 1, 2011, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_/s/ Joe Laplante_
_____
Joseph N. Laplante
United States District Judge

Date: August 2, 2011

cc:     Jeffrey Levin, Esq.
           Alfred Rubega, Esq.
           U.S. Marshal
           U.S. Probation